**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Lonney Charles WILLIAMS,**
**Defendant–Appellant.**

No. 07–40973
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 3, 2008.

Gregg Arthur Marchessault, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Tyler, TX, for Plaintiff–Appellee.

G. Patrick Black, Federal Public Defender, Federal Defender's Office, Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Lonney Charles Williams has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Williams has filed a response. Our independent review of the record, counsel's brief, and Williams's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities

herein, Williams's motion for the appointment of counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.